1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

E-FILED 9/17/10
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE WOLF,<br><br>          Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES, MARGARET YORK, VICTOR TURNER, HECTOR LEMUS, RONALD BROCK, AND SANDRA MILOSZAR<br><br>          Defendants. | Case No. CV 09-03601 PSG (PJWx)<br><br>Honorable Philip S. Gutierrez<br><br>[~~PROPOSED~~] JUDGMENT |

///
///
///

1

WOLF, RENE\PROPOSED JUDGMENT

The Court having entered an Order granting the Defendants COUNTY OF LOS ANGELES, MARGARET YORK, VICTOR TURNER, HECTOR LEMUS, RONALD BROCK, and SANDRA MILOSZAR's Motion for Summary Judgment on Plaintiff's first cause of action for violation of 42 U.S.C. § 1983 and dismisses Plaintiff's second cause of action for violation of Cal. Labor Code § 1102.5 without prejudice.

On September 14, 2010, the Court ruled upon the Motion for Summary Judgment filed on behalf of Defendants COUNTY OF LOS ANGELES, MARGARET YORK, VICTOR TURNER, HECTOR LEMUS, RONALD BROCK, and SANDRA MILOSZAR.

The Court having considered the moving, opposition and reply papers, ruled as follows:

1.      The First Cause of Action in Plaintiff's operative Complaint under 42 U.S.C. § 1983 are barred by *Garcetti v. Ceballos*, 547 U.S. 410, 426, 126 S.Ct. 1951 (2006);

2.      As to the Second Cause of Action under California Labor Code § 1002.5 in Plaintiff's operative Complaint, the Court declines to exercise the supplemental jurisdiction over said claim and dismisses same without prejudice.

///
///
///
///
///
///
///
///
///
///

2

WOLF, RENE\PROPOSED JUDGMENT

THEREFORE, IT IS HEREBY ORDERED that judgment be entered on all claims in favor of Defendants County of Los Angeles, Margaret York, Victor Turner, Hector Lemus, Ronald Brock, and Sandra Miloszar and against Plaintiff Rene Wolf and that Defendants recover their costs against Plaintiff pursuant to a memorandum of costs to be filed by Defendants pursuant to Local Rule 54-1.

IT IS SO ORDERED.


Dated:   9-17-10                              PHILIP S. GUTIERREZ

                                             HONORABLE PHILIP S. GUTIERREZ
                                             United States District Judge


Respectfully submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC


By _____/s/ Daniel Lee_____
        Paul B. Beach
        Daniel Lee
Attorneys for Defendants
County of Los Angeles, Margaret
York, Victor Turner, Hector
Lemus, Ronald Brock, and Sandra
Miloszar

3

WOLF, RENE\PROPOSED JUDGMENT